**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY GEORGIA**

| | | |
|---|---|---|
| KEISHUN E. LIDDY, | : | |
| Plaintiff | : | |
| v. | : | 1:05-CV-89 (WLS) |
| MS. SHOOT, CHRISTOPHER BAILEY, | : | |
| Defendants | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on January 11, 2006.  (Doc. 7).  It is recommended that Plaintiff's 42 U.S.C. § 1983 claim against Christopher Railey (Doc. 1) be dismissed.  (Doc. 7).  No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 7) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's 42 U,S.C. § 1983 claim against Christopher Railey (Doc. 1) is **DISMISSED**.

**SO ORDERED**,  this ___19th___ day of May, 2006.

        /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**