IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KEISHUN LIDDY,

    Plaintiff,

v.                               1:05-CV-89 (WLS)

MS. SHOOT,

    Defendant.

## ORDER

    Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge filed on September 8, 2008. (Doc. 11). It is recommended that Plaintiff's Complaint be dismissed for failure to diligently prosecute the same. *Id.* To date, no objection has been filed.

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 11) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. The Court further finds that no lesser sanction than dismissal will suffice. Accordingly, Plaintiff's Complaint (Doc. 3) is **DISMISSED**.

    **SO ORDERED**, this 17th day of February, 2009.

                                                           THE HONORABLE W. LOUIS SANDS,
                                                            UNITED STATES DISTRICT COURT